IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DAVID BRIAN JENNINGS, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-06-CA-990 RP |
| § | |
| RISSIE OWENS, Presiding Officer, § | |
| Texas Board of Pardons and Paroles; § | |
| BRIAN COLLIER, Deputy Executive Director, § | |
| Texas Dept. of Criminal Justice - § | |
| Parole Division; JAY PATZKE, Deputy § | |
| Director, Texas Dept. of Criminal Justice - § | |
| Parole Division; LINDA MCCARVER, Parole § | |
| Supervisor, Texas Dept. of Criminal Justice - § | |
| Parole Division; TERESA PEREZ, Parole § | |
| Officer, Texas Dept. of Criminal Justice - § | |
| Parole Division, § | |
| § | |
| DEFENDANTS. § | |

**FINAL JUDGMENT**

The Magistrate Court issues this Final Judgment pursuant to 28 U.S.C. §636(c). The parties consented to this Court's jurisdiction, and the case was assigned to this Court's docket for all purposes on February 20, 2008 (Clerk's Dkt. #47). The Court considered Plaintiff's Motion for Summary Judgment and, earlier today, signed an Order granting the motion in part as to all of Plaintiff's claims and denying in part as to a portion of the injunctive relief requested by Plaintiff. (Order, Clerk's Dkt. #114). Accordingly, the Court enters the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that **FINAL JUDGMENT** is entered in favor of Plaintiff David Brian Jennings against the following defendants, each in their official capacities: Defendant Rissie Owens, Presiding Officer, Texas Board of Pardons and Paroles; Brian Collier, Deputy Executive Director, Texas Department of Criminal Justice - Parole Division ("TDCJ-PD"); Jay Patzke, Deputy Director, TDCJ-PD; Linda McCarver, Parole Supervisor, TDCJ-PD; and Teresa Perez, Parole Officer, TDCJ-PD.

**IT IS FURTHER ORDERED** that Plaintiff is granted declaratory and injunctive relief to the limited extent set forth in the Court's Order on Plaintiff's Motion for Summary Judgment (Clerk's Dkt. #114).

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED** and pending motions, if any, are **DISMISSED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 12th day of December, 2008.

_____
ROBERT PITMAN
UNITED STATES MAGISTRATE JUDGE
Presiding under 28 U.S.C. § 636(c)